# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137097

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JERMAINE BROCK,
　　　　Defendant-Appellant.

SC: 137097
COA: 286041
Wayne CC: 07-024327,
07-024328, 07-024329,
07-024330

_____/

　　　　On order of the Court, the application for leave to appeal the July 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk

1215